UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V. CRIMINAL NO. 3:23-cr-30-TSL-LGI

MARSHAND CHRISLER

GOVERNMENT'S EXHIBIT LIST - TRIAL
November 6 - 8, 2024

| No. | Description | Sponsor | ID | Evidence |
|---|---|---|---|---|
| G-1 | Stipulation Concerning Receipt of Federal Funds by HCSO | Daniel Ratliff | | 11/06/24 |
| G-2 | Stipulation Concerning Interstate Commerce Nexus of Ammunition | Daniel Ratliff | | 11/06/24 |
| G-3 | Statutes Concerning Authority of Sheriff | Daniel Ratliff | | 11/06/24 |
| G-4a –G-4y | Recordings of Conversations | Daniel Ratliff | | 11/06/24 |
| G-5a –G-5y | Transcripts of Recordings on G-4 | Daniel Ratliff | | 11/06/24 |
| G-6a–G-6d | Payment Certifications | Daniel Ratliff | | 11/06/24 |
| G-7 | Picture of Ammunition | Daniel Ratliff | | 11/06/24 |
| G-8 | Ammunition | Daniel Ratliff | | 11/06/24 |
| G-9 | Campaign Qualification and Finance Records | Kyle Kirkpatrick | | 11/07/24 |
| G-10 | 2021 Campaign Finance Guide | Kyle Kirkpatrick | | 11/07/24 |
| G-11 | Telephonic Consensual Intercept Chart – Demonstrative Aid | Jamaal King | | Not Admitted |
| G-12a–G-12b | Plea Agreement and Plea Supplement of Tonarri Moore,<br>Case Number 3:23-cr-11-KHJ-LGI | Tonarri Moore | | 11/07/24 |