UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V. Criminal No. 3:23-cr-30-TSL-LGI

MARSHAND CRISLER

COURT'S EXHIBIT LIST – TRIAL
November 6 – 8, 2024

| No. | Description | Evidence |
|---|---|---|
| C-1 | Redacted Indictment | X |
| C-2 | Government's Proposed Jury Instructions | X |
| C-3 | Defendant's Proposed Jury Instructions | X |
| C-4 | Court's Jury Instructions Given | X |
| C-5 | Special Verdict Form | X |
| C-6 | Notice of Removal of Exhibits | X |
| C-7 | Photos of Government's Removed Exhibit G-8 | X |