UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

August 20, 2025

Arthur Johnston
CLERK

*Mailing Address:*
501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE:
(601) 608-4000

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street, Suite 403
Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200 Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St., Suite 2.500
Zip 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2025
ARTHUR JOHNSTON
BY DEPUTY

RE: (USA v. Crisler, **3:23-cr-00030-TSL-LGI,** 25-60099 USCA, 5th Circuit)

Dear AUSA Jennifer Case, Esq.:

Your request to view the sealed document(s) in the above appeal number has been granted by Order of USCA. A copy of said document(s) are being provided in this envelope.

Per the directions of the Fifth Circuit, you may not copy this material, nor may you divulge the contents to anyone. The sealed material is for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.

Please acknowledge receipt of this sealed material on the enclosed copy of the letter and return to the Clerk's office.

Sincerely,

ARTHUR JOHNSTON, CLERK

BY: L. Townsend
Deputy Clerk

Enclosure

Acknowledgment of receipt of sealed material:
Annette R Evans for Jennifer Case